UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 07-28210 JHW

Debtor: Robert A. Mallory, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1682184 | Countrywide Home Loans, Inc. | 1,372.07 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: March 4, 2010