UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 07-28210 JHW

Debtor: Robert A. Mallory, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1684751 | Countrywide Home Loans, Inc. | 1398.32 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: March 12, 2010